IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, U.S. DEPARTMENT OF LABOR, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No.: 5:23-cv-1104-XR |
| PIZZA BAR, LLC d/b/a BARBARO, | ) ) ) |
| Defendant. | ) |

**CONSENT JUDGMENT AND ORDER**

Plaintiff has filed her complaint, and Pizza Bar, LLC d/b/a Barbaro ("Defendant"), has agreed to the entry of judgment without contest. The Court concludes that it has jurisdiction to enter this Consent Judgment and Order (the "Consent Judgment"), and Plaintiff and Defendant agree to its terms. It is, therefore, upon motion of the Plaintiff and for cause shown,

ORDERED, ADJUDGED, and DECREED that Pizza Bar, LLC d/b/a Barbaro, its officers, agents, servants, employees, and all persons in active concert or participation with it be permanently enjoined from violating the provisions of Sections 3(m)(2)(b), 6, 7, and 15(a)(2) of the FLSA, as amended, 29 U.S.C. §§ 201, et seq., in any of the following manners:

1.      Defendant shall not, contrary to Section 3(m)(2)(b) of the Act, 29 U.S.C. § 203(m)(2)(B), keep tips unlawfully, allow any manager or supervisor to keep a portion of employees' tips, or take "tip credits" against its minimum wage obligations while operating an illegal tip pool specifically prohibited under 29 U.S.C. § 203(m)(2)(B).

2.      Defendant shall not, contrary to Sections 6 and 15(a)(2) of the Act, 29 U.S.C. §§ 206 and 215(a)(2), pay any employee who is engaged in commerce or in the production of goods

for commerce, or who is employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, wages at a rate less the minimum hourly rates required by Section 6 of the Act.

3. Defendant shall not, contrary to Sections 7 and 15(a)(2) of the Act, 29 U.S.C. §§ 207 and 215(a)(2) employ any employee in commerce or in the production of goods for commerce, or in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for workweeks longer than forty (40) hours, unless the employee receives compensation for his or her employment in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he or she is employed.

4. Defendant is enjoined from keeping tips unlawfully and withholding payment of minimum wages and overtime compensation owed to Defendant's employees named in Exhibit A. Defendant will pay the total amount of $28,920.11, which includes unlawfully withheld tips, minimum wage compensation, and overtime compensation. The amount to be paid to employees named in Exhibit A covers the period September 1, 2021 through January 28, 2024. Defendant shall comply with this provision on or before July 31, 2024, by paying online through ACH transfer, credit card, debit card, or digital wallet by going to https://pay.gov/public/form/start/77705201.

5. Plaintiff shall make appropriate distribution to the employees, or their estate if necessary, less income tax and social security deductions. In the event any of the money cannot be distributed and paid by Plaintiff within three (3) years because of inability to locate the proper persons or because of their refusal to accept, the money shall be deposited with the Treasurer of the United States. In the event of default by the Defendant, the total balance shall then become due and interest shall be assessed against the unpaid balance at the rate provided by 28 U.S.C. §

1961 from the date of this judgment until the total amount is paid in full. Any defaulted balance shall be subject to the assessment of collection fees, court costs, and administrative costs.

6. The right of Defendant's employees not specifically named in Exhibit A to bring an action under Section 16(b) of the FLSA, 29 U.S.C. § 216(b), shall be restored and neither the filing of this action nor the entry of this judgment shall bar an action and the statute of limitations in such action shall be governed by 29 U.S.C. §255(a). The parties agree the filing of this action and provisions of this judgment shall not be interpreted to prejudice or preclude the rights of the Secretary of Labor, or any employees of Defendant, in any action filed by the Secretary of Labor, or by an employee, under the Act covering violations alleged to have occurred after January 28, 2024.

7. Defendant represents that as of the entry of this Consent Judgment, the Defendant is now in compliance with all aspects of the FLSA.

8. Each party agrees to bear his or her own attorneys' fees, costs, and other expenses in connection with any stage of this proceeding, including, but not limited to, attorneys' fees which may be available under the Equal Access to Justice Act, as amended.

Dated this 1st day of July, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

| For Defendant: | For Plaintiff: |
|---|---|
| PIZZA BAR, LLC d/b/a BARBARO | SEEMA NANDA<br>Solicitor of Labor<br><br>JOHN RAINWATER<br>Regional Solicitor<br><br>AMY S. HAIRSTON<br>Counsel for Wage and Hour |
| by:<br><br>/s/ *Lisa Alcantar*<br>LISA P. ALCANTAR<br>Attorney<br>Texas Bar No. 24069284<br>Email: lalcantar@maynardnexsen.com<br><br>Attorney for Defendant Pizza Bar, LLC<br>Maynard Nexsen PC<br>7373 Broadway, Suite 403 #1 & 2<br>San Antonio, Texas 78209<br>Telephone: (512) 969-6558<br>Fax: (512) 359-7996<br>Email: lalcantar@maynardnexsen.com | by:<br><br>/s/ *Carmen Elizabeth Fahy*<br>CARMEN ELIZABETH FAHY<br>Attorney<br>Texas Bar No. 24056866<br>Email: fahy.carmen.e@dol.gov<br><br>Attorneys for Plaintiff Julie A. Su,<br>Acting Secretary of Labor,<br>U.S. Department of Labor<br>Office of the Solicitor<br>525 S. Griffin Street, Suite 501<br>Dallas, Texas 75202<br>Telephone: (972) 850-3155<br>Fax: (972) 850-3101<br>Email: fahy.carmen.e@dol.gov<br>and docket.dallas@dol.gov |

**Exhibit A**

1. Haley Bollman
2. Joe Castaneda
3. Celeste Cruz
4. Genesis Garcia
5. Hunter Garza
6. Jade Gibbs
7. Estella Hernandez
8. Jassmin Hernandez
9. Gabriella Melendez
10. Dominic Miramontes
11. Monet Moreau
12. Agatha Navarro
13. Brian Porras
14. Angelia Racheall
15. Celeste Ramirez
16. Sabra Renner
17. Charlotte Stubblefield
18. Laura Tijerina
19. Sama'ah or Sam'mah Toala
20. Maxwell or Maxell Towers
21. Victoria Vega
22. Nicole Vitale